UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8100 FMO (PLAx) | Date | July 17, 2017 |
|---|---|---|---|
| Title | Frank Lindsey v. National Seating and Mobility, Inc., <u>et al.</u> | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of January 6, 2017 (Dkt. 16), the parties were required to complete a settlement conference before a private mediator no later than July 10, 2017. (<u>See</u> <u>id.</u> at 17). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (<u>See</u> <u>id.</u>). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (<u>See</u> <u>id.</u>).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (<u>See</u>, <u>generally</u>, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **July 20, 2017**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of January 6, 2017 (Dkt. 16). **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** <u>See</u> Fed. R. Civ. P. 41(b); <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); <u>Pagtalunan v. Galaza</u>, 291 F.3d 639, 642 (9th Cir. 2002), <u>cert.</u> <u>denied</u>, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |